| | | | |
|---|---|---|---|
| State v. Hunter | 109,078 | Granted in part; sentence vacated; remanded to Dist. Ct. ........ 10/28/2015 | Unpublished |
| State v. Inkelaar | 111,246 | Denied ............ 10/07/2015 | Unpublished |
| State v. Ingram | 109,158 | Denied ............ 07/21/2015 | Unpublished |
| State v. Ivicsics | 112,503 | Denied ............ 09/14/2015 | Unpublished |
| State v. Ivory | 108,766 | Denied ............ 08/20/2015 | Unpublished |
| State v. James | 110,146 | Denied ............ 07/24/2015 | Unpublished |
| State v. Jarmon | 109,098 | Denied ............ 10/09/2015 | Unpublished |
| State v. Jefferson | 111,643 111,644 | Denied ............ 07/22/2015 | Unpublished |
| State v. Jefferson | 110,932 | Denied ............ 10/09/2015 | Unpublished |
| State v. Jenkins | 110,995 110,996 110,997 110,998 110,999 111,000 | Denied ............ 09/24/2015 | Unpublished |
| State v. Jester | 111,058 111,059 | Denied ............ 08/20/2015 | Unpublished |
| State v. Jones | 110,376 | Denied ............ 07/24/2015 | Unpublished |
| State v. Jones | 111,148 | Denied ............ 09/23/2015 | Unpublished |
| State v. Jones | 109,845 109,846 | Denied ............ 07/21/2015 | Unpublished |
| State v. Jones | 108,989 | Denied ............ 06/29/2015 | Unpublished |
| State v. Jones | 112,666 | Denied ............ 09/08/2015 | Unpublished |
| State v. Kelley | 110,153 | Denied ............ 07/22/2015 | Unpublished |
| State v. Keyes | 108,173 | Denied ............ 06/29/2015 | Unpublished |
| State v. King | 109,443 | Denied ............ 06/29/2015 | Unpublished |
| State v. Kiraly | 108,457 | Denied ............ 06/29/2015 | Unpublished |
| State v. Kirkbride | 110,804 | Denied ............ 07/27/2015 | Unpublished |
| State v. Kirkhart | 111,482 | Denied ............ 07/09/2015 | Unpublished |
| State v. Kirkhart | 111,480 | Denied ............ 07/09/2015 | Unpublished |
| State v. Kirkhart | 111,486 | Denied ............ 09/23/2015 | Unpublished |
| State v. Klima | 110,660 | Denied ............ 08/10/2015 | Unpublished |
| State v. Klima | 110,113 | Denied ............ 07/27/2015 | Unpublished |
| State v. Kline | 109,900 | Granted in part; summarily vacated in part; remanded to Ct. of App. ..... 10/09/2015 | Unpublished |
| State v. Knighten | 110,718 | Denied ............ 08/20/2015 | 51 Kan. App. 2d 417 |
| State v. Knopp | 109,534 | Denied ............ 07/21/2015 | Unpublished |
| State v. Knox | 110,743 | Denied ............ 07/22/2015 | Unpublished |